**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SYLVIA CAMPOS, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Case No. 23-cv-03843 |
| v. | ) | Hon. Judge John J. Tharp, Jr. |
| TUBI, INC., a Delaware Corporation, | ) | |
| Defendant. | ) | |

**DEFENDANT TUBI, INC.'S MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT UNDER RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(3), or in the alternative 12(b)(6), Tubi, Inc. ("Tubi") moves to compel arbitration or to dismiss Plaintiff's First Amended Class Action Complaint (Dkt. 7) for the following reasons:

1. Plaintiff is bound by the terms of the arbitration clause in Tubi's Terms of Use ("TOU"). The TOU includes a provision requiring Tubi users to resolve any dispute with Tubi through individual arbitration. Plaintiff agreed to the TOU when she created her Tubi Account. This Court should enforce that agreement and compel arbitration.

2. Alternatively, should the Court determine that Plaintiff did not agree to arbitrate, this Court should dismiss the amended complaint pursuant to Rule 12(b)(6) because Plaintiff fails to state a claim under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710. Plaintiff fails to allege any facts from which this Court can reasonably infer that Tubi knowingly disclosed to any third party the combination of her identity and her personal viewing history, as prohibited by the VPPA.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum, Tubi respectfully requests the Court to compel arbitration or, in the alternative, to dismiss the First Amended Class Action Complaint with prejudice.

Dated: August 28, 2023

Respectfully Submitted,

TUBI, INC.

By: */s/ David C. Layden*

David C. Layden, #6216417
Andrianna D. Kastanek, #6286554
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
DLayden@jenner.com
AKastanek@jenner.com

## CERTIFICATE OF SERVICE

I, David C. Layden, certify that on August 28, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *David C. Layden*
David C. Layden